

Robert H. Bernstein
Tel 973.360.7946
Fax 973.301.8410
bernsteinrob@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024

April 25, 2024

**VIA ECF FILING**

The Honorable Mary Kay Vyskocil
United Stated District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re:     *Kroll, LLC v. Povinelli*
        *Case No. 1:24-cv-01977*

Dear Judge Vyskocil:

This Firm represents Plaintiff Kroll, LLC ("Kroll") in this matter (Case No. 1:24-cv-01977 or "Kroll's Case"). We write jointly with Defendant's counsel to advise that Defendant Anna Povinelli filed a related case against Krollin this court (Case No. 1:24-cv-02066 or "Povinelli's Case"), pending before Judge Jennifer H. Rearden.

Pursuant to Federal Rule of Civil Procedure, Rule 42(a) and S.D.N.Y. Local Civil Rule 13, we respectfully request that the Court consolidate these cases because they "concern the same or substantially similar parties, property, transactions or events," "there is substantial factual overlap," "the parties could be subjected to conflicting orders," and "absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses." S.D.N.Y. L.R. 13(a)(1).

Briefly, Kroll's Case centers on Povinelli's alleged misappropriation of Kroll's proprietary and confidential information, which lead to the termination of her employment with Kroll. Povinelli's Case asserts Kroll discriminated against Ms. Povinelli based upon her gender, subjected her to sexual harassment and terminated her for pretextual reasons in retaliation for objecting to the harassment and discrimination in violation of New York State Human Rights Law ("NYSHRL") and New York City Human Rights Law ("NYSHRL").

Kroll's and Povinelli's claims against the other in each case are factually intertwined. Proceeding with these cases separately will not only result in "a substantial duplication of effort and expense," but could lead to conflicting outcomes on certain factual and legal issues. S.D.N.Y. L.R. 13(a)(1). As such, the parties respectfully request that Kroll's Case and Povinelli's Case be consolidated.

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive  |  Suite 400  |  Florham Park, New Jersey 07932  |  T +1 973.360.7900  |  F +1 973.301.8410

Albany. Amsterdam. Atlanta. Austin. Berlin˰ Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia˟ Las Vegas. London˰ Long Island. Los Angeles. Mexico City˰ Miami. Milan˰ Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul˸ Shanghai. Silicon Valley. Singapore˰ Tallahassee. Tampa. Tel Aviv˟ Tokyo˸ United Arab Emirates˰ Warsaw˰ Washington, D.C. West Palm Beach. Westchester County.

Operates as: �·Greenberg Traurig Germany, LLP; ˰Greenberg Traurig Khalid Al-Thebity Law Firm; ˟A separate UK registered legal entity; ˰Greenberg Traurig, S.C.; ˰Greenberg Traurig Santa Maria; ˰Greenberg Traurig LLP Foreign Legal Consultant Office; ˟Greenberg Traurig Singapore LLP; ˰A branch of Greenberg Traurig, P.A. Florida, USA; ˰GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; �·Greenberg Traurig Limited; ˰Greenberg Traurig Nowakowska-Zmoch Wysokński sp.k.

April 25, 2024
Page 2

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

By: */s/ Robert Bernstein*
Robert H. Bernstein
(*pro hac vice*)
Michael J. Slocum
GREENBERG TRAURIG, LLP
*Attorneys for Plaintiff Kroll, LLC*

cc:    All counsel of record (via ECF)

**DENIED.  SO ORDERED.**

Date: 5/15/2024
New York, New York

Mary Kay Vyskocil
United States District Judge