```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KROLL LLC,

                Plaintiff,

-against-

ANNA POVINELLI,

                Defendant.

1:24-cv-01977-MKV

**SCHEDULING ORDER**

**MARY KAY VYSKOCIL, United States District Judge:**

      IT IS HEREBY ORDERED that the Status Conference scheduled for August 27, 2024 at 11:00 AM is rescheduled to August 26, 2024 at 3:30 PM. The Conference will be held in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. One week in advance of the conference, by August 19, 2024, the parties shall file a joint letter advising the Court of the status of this case, including the status of discovery and any pending discovery disputes, and the status, but not the substance, of settlement efforts. Any request for extension or adjournment shall be made by letter filed to ECF at least 72 hours in advance of the deadline.

**SO ORDERED.**

**Date: August 8, 2024**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**