

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

August 16, 2024

**BY ECF**
Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007-1312

    Re:    Kroll, LLC v. Anna Povinelli
               Case No.: 24 Civ. 01977 (MKV)

Dear Judge Vyskocil:

    I represent defendant in the above referenced action. I write to respectfully request adjournment of the court conference scheduled for August 26, 2024. Plaintiff's counsel consent to this request.

    A mediation is scheduled for September 25, 2024. The parties believe it makes sense to adjourn the conference until following the mediation. The parties are hopeful that the mediation will resolve all disputes between the parties.

    Thank you for your time and attention to this request.

                                                 Respectfully submitted,

                                                 Daniel J. Kaiser

DJK/sz

New Jersey Office | 3163 Kennedy Boulevard, Jersey City, New Jersey | +1.201.353.4000

Dina Jansenson, Esq.
Re: Petra Seawell v. Syneos Health
July 31, 2020
Page  - 2 -