

Robert H. Bernstein
Tel 973.360.7946
Fax 973.301.8410
bernsteinrob@gtlaw.com

October 2, 2024

**Via ECF**
Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

    Re:    **Kroll, LLC v. Anna Povinelli**
                **Civil Action No. 1:24-cv-01977**

Dear Judge Vyskocil:

    This Firm represents Plaintiff Kroll, LLC ("Kroll") in the above-referenced matter. We write to inform Court that the parties held their mediation today, October 2, 2024 and the mediation was unsuccessful.

    Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

                                        Robert H. Bernstein

RHB:ls

cc: All counsel of record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive | Suite 400 | Florham Park, New Jersey 07932 | T +1 973.360.7900 | F +1 973.301.8410

www.gtlaw.com

ACTIVE 702587722v1