
GreenbergTraurig

Robert H. Bernstein
Tel 973.360.7946
Fax 973.301.8410
bernsteinrob@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/2/2024

October 2, 2024

**Via ECF**
Hon. Mary Kay Vyskocil
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007-1312

　　　　Re:　　**Kroll, LLC v. Anna Povinelli**
　　　　　　　**Civil Action No. 1:24-cv-01977**

Dear Judge Vyskocil:

　　　　This Firm represents Plaintiff Kroll, LLC ("Kroll") in the above-referenced matter.  We

write to inform Court that the parties held their mediation today, October 2, 2024 and the mediation

was unsuccessful.

　　　　Thank you for Your Honor's attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

**A status conference is scheduled for November 12,
2024 at 10:00 AM.  One week in advance of the
conference, by November 5, 2024, the parties shall file
a joint letter advising the Court of the status of this
case, including the status of discovery and any
pending discovery disputes, and the status, but not
the substance, of settlement efforts.  SO ORDERED.**

Date:_10/2/2024_____
New York, New York

Mary Kay Vyskocil
United States District Judge

　　　　　　　　　　　　　　　　　　Robert H. Bernstein

RHB:ls

cc: All counsel of record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
500 Campus Drive  |  Suite 400  |  Florham Park, New Jersey 07932  |  T +1 973.360.7900  |  F +1 973.301.8410

www.gtlaw.com

ACTIVE 702587722v1