UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KROLL, LLC,                                                        :
                                                                   :
                              Plaintiff,                           :
                                                                   :         24-CV-01977 (JAV)
            -v-                                                    :
                                                                   :         ORDER
ANNA POVINELLI,                                                    :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons described in ECF No. 41, Plaintiff's request to seal Exhibits 1–4 and 6 is **GRANTED**.

      For Exhibit 5, the motion to seal is **DENIED**. Based on the record before the Court, it is unclear why sealing Exhibit 5 in its entirety is necessary "to preserve higher values," and is "narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). Plaintiff should propose tailored redactions of the alleged sensitive business information contained in this Exhibit, or, in the alternative, provide the Court with a more detailed explanation as to why the Exhibit should be sealed in its entirety.

      The Clerk of Court is directed to terminate ECF No. 41.

      SO ORDERED.

Dated: January 6, 2025
      New York, New York

                                                            _____
                                                            JEANNETTE A. VARGAS
                                                            United States District Judge